1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JOHNSON, | CV F   03 5369  OWW  LJO P |
| Plaintiff, | |
| | ORDER DENYING MOTION TO WITHDRAW MOTION TO EXTEND DISCOVERY |
| v. | |
| | (Doc.  44.) |
| DAVIS, et. al., | |
| Defendants. | |
| _____/ | |

Eric Johnson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 22, 2005, plaintiff filed a Motion to Withdraw the previously filed Motion to Extend the Discovery Deadline.  However, on April 15, 2005, the Court denied plaintiff's Motion to Extend the Discovery Deadline.  Accordingly, the Motion to Withdraw the Motion to Extend the deadline is DENIED as moot.

IT IS SO ORDERED.

**Dated:    April 26, 2005**          _____/s/ Lawrence J. O'Neill_____
b9ed48                        UNITED STATES MAGISTRATE JUDGE