1

2

3

4

5

6

7

8

9

10

11

12

13

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

14   ERIC JOHNSON,

15                        Plaintiff,

16         v.

17

18   EDWARD S.  ALAMEIDA, JR.  et.  al.,

19                        Defendants.
   _____/

20

CV F   03 5369 OWW LJO P

ORDER REQUIRING DEFENDANTS TO
RESPOND TO MOTION FOR PROTECTIVE
ORDER (Doc.  146)

21         Eric Johnson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in

22   this civil rights action pursuant to 42 U.S.C. § 1983.

23         On May 2, 2005, Plaintiff moved for a protective order indicating that he has only been

24   granted one week prior to his deposition to conduct a review of his central and medical files.

25   Plaintiff states that the time allotted by defendants is insufficient to allow him to adequately

26   prepare for the deposition and be in compliance with the requests made by defendants.   As the

27   Court received Plaintiff's request on May 2, 2005, and the file review is scheduled for May 9,

28   2005, with the deposition to follow on May 18, 2005, the Court finds it necessary to require

1

1   defendants to respond to Plaintiff's Motion in a shorter time frame than that allotted by the Local

2   Rules.

3        Accordingly, Defendants SHALL respond to Plaintiff's Motion for Protective Order on or

4   before May 11, 2005.

5

6   IT IS SO ORDERED.

7   **Dated:     May 6, 2005**                              /s/ **Lawrence J. O'Neill**
    b6edp0                                      UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28