**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC JOHNSON,<br><br>       Plaintiff,<br><br>  v.<br><br>EDWARD S. ALAMEIDA, JR.,<br><br>       Defendant. | 1:03-cv-5369 OWW LJO P<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

Plaintiff, an incarcerated prisoner in this civil rights action, has sought a protective order to prevent him from appearing in restraints or in the presence of any CDC staff during his deposition.

The Court will not interfere with the regularly established procedures and security requirements of the Department of Corrections. There is no reason to permit an incarcerated prisoner to be free of normal prison security requirements by virtue of the fact that the prisoner is pursuing, as Plaintiff, a civil rights action. There is no new law or changed facts to justify reconsideration of the Magistrate Judge's order which is correctly decided under the law and the facts.

1

1     The Motion for Reconsideration is DENIED.

3  SO ORDERED.

5  DATED:   June 7, 2005.

```
                                    /s/ OLIVER W. WANGER
                            _____
                                    Oliver W. Wanger
                            UNITED STATES DISTRICT JUDGE
```

johnson v. alameida order