UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC JOHNSON, | ) | 1:03-CV-5369 OWW LJO P |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #54) |
| EDWARD S. ALAMEIDA, JR., et al., | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On August 5, 2005, defendant filed its first request/application for extension of time to file a motion for summary judgment. Good cause having been presented to the court, IT IS HEREBY ORDERED THAT defendant's request to extend time to is GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:   September 8, 2005**          /s/ Lawrence J. O'Neill
b6edp0                                    UNITED STATES MAGISTRATE JUDGE