1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  SANDRA L. LUSICH
   Deputy Attorney General
5  JODIE A. SCHWAB (SBN 223131)
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 327-1145
8   Fax: (916) 324-5205

9  Attorneys for Defendant Alameida
   48149286-SA2004100849
10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE EASTERN DISTRICT OF CALIFORNIA

13                        FRESNO DIVISION

14

| | |
|---|---|
| 15  **ERIC JOHNSON,** | CASE NO. CIV F-03-5369 OWW LJO P |
| 16                    Plaintiff, | **ORDER GRANTING DEFENDANT'S SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| 17       v. | |
| 18  **EDWARD S. ALAMEIDA, JR, et al.,** | |
| 19                    Defendants. | [Document #56] |

20

21       Defendant's second request for an extension of time to file a motion for summary

22  judgment was considered by the Court.  Defendant's request is granted.

23       **IT IS HEREBY ORDERED** that Defendant shall have until September 16, 2005, to

24  file his motion for summary judgment.

25  IT IS SO ORDERED.

26  **Dated:   September 8, 2005**              /s/ Lawrence J. O'Neill
    b6edp0                                UNITED STATES MAGISTRATE JUDGE
27

28

                                    1
         *Order Granting Defendant's Second Request For An Extension of Time to File a MSJ*