1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JOHNSON, | CV F   03 5369 OWW LJO P |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR COURT ORDER INSTRUCTING DEFENDANTS TO RE-SERVE SUMMARY JUDGMENT MOTION ON PLAINTIFF (Doc. 63.) |
| ALAMEIDA, | |
| Defendants. / | |

    Eric Johnson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed an Amended Complaint on September 22, 2003, and the Court found cognizable his claim against Defendant Alameida, Jr.  for violation of the Eighth Amendment based on an unconstitutional policy and practice regarding transgender inmates.

    On September 13, 2005, Plaintiff moved the Court to issue an Order requiring Defendants to re-serve a Motion for Summary Judgment on Plaintiff.  Plaintiff states that Defendants indicate in their Motion for an Extension of time that a Motion for Summary Judgment is forthcoming but he has not yet received it.

1  The Court has reviewed the Court Docket and to date, no Motion for Summary Judgment
2  has been filed with the Court.  Thus, there is no Motion to serve on Plaintiff.  At such time as a
3  Motion is filed with the Court, Defendants are required to and will likely serve the Motion on
4  Plaintiff.  However, as no Motion has been filed, no service on Plaintiff is required.
5  Accordingly, the Motion for Order Instruction Defendants to Re-serve Motion for
6  Summary Judgment on Plaintiff is DENIED.
7  IT IS SO ORDERED.
8  **Dated:   September 14, 2005**           **/s/ Lawrence J. O'Neill**
   b9ed48                                    UNITED STATES MAGISTRATE JUDGE

2