UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC JOHNSON, | ) | 1:03-CV-5369 OWW LJO P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | (DOCUMENT #69) |
| v. | ) | |
| | ) | |
| EDWARD S. ALAMEIDA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 26, 2005, plaintiff filed a motion to extend time to file a separate statement of undisputed facts. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his separate statement of undisputed facts.

IT IS SO ORDERED.

**Dated:   October 4, 2005**              /s/ Lawrence J. O'Neill
b6edp0                                    UNITED STATES MAGISTRATE JUDGE