UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC JOHNSON, | ) | 1:03-CV-5369 OWW LJO P |
| Plaintiff, | ) ) | ORDER GRANTING THIRD EXTENSION OF TIME |
| v. | ) ) | (DOCUMENT #63) |
| GOVERNOR GRAY DAVIS, et al., | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 14, 2005, defendant filed its third motion to extend time to file a motion for summary judgment. Plaintiff filed an Opposition to the Motion for an Extension of time on September 16, 2005. The Court has examined the pleadings and finds good cause has been presented to the court. Accordingly, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

Defendant is granted thirty days from the date of service of this order in which to file its motion for summary judgment. **No further extensions** will be granted but for a showing of extremely good cause.

IT IS SO ORDERED.

**Dated:   October 5, 2005**                      /s/ Lawrence J. O'Neill
b6edp0                                                        UNITED STATES MAGISTRATE JUDGE