1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

| | |
|---|---|
| ERIC JOHNSON, | CV F   03 5369 OWW LJO P |
| Plaintiff, | ORDER VACATING ORDER GRANTING PLAINTIFF REQUEST FOR AN EXTENSION OF TIME (Doc. 70) |
| v. | |
| EDWARD S.  ALAMEIDA, JR.  et.  al., | ORDER DENYING REQUEST FOR AN EXTENSION OF TIME AS PREMATURE (Doc. 69.) |
| Defendants. | |

17    Eric Johnson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in

18 this civil rights action pursuant to 42 U.S.C. § 1983.

19    On September 26, 2005, Plaintiff moved for an extension of time to file a separate

20 statement of facts to his Opposition to the Motion for Summary Judgment.  However, no Motion

21 for Summary Judgment has yet been filed by Defendants.  Thus, the Order granting Plaintiff time

22 was in error.

23    Plaintiff may file an Opposition to the Motion for Summary Judgment when and if a

24 Motion is actually filed by Defendants.  Any requests for permission to file documents that

25 respond to a Motion that has not yet been filed will be denied.  The Court notes that currently

26 pending is Defendants request for an extension of time to file a dispositive motion.  Thus, no

27 Motion has been filed and it has not been made clear the type of Motion that may be filed by

28 Defendants.

1

1    Accordingly, the Court HEREBY ORDERS:

2    1.    The Order granting Plaintiff an extension of time to file a statement of undisputed

3          facts is VACATED;

4    2.    The Request for an extension of time to file a separate statement of undisputed

5          facts is DENIED.

6    IT IS SO ORDERED.

7    **Dated:    October 5, 2005**                **/s/ Lawrence J. O'Neill**
     b6edp0                                        UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2