# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JOHNSON, | CV F   03 5369 OWW LJO P |
| Plaintiff, | |
| v. | ORDER DISREGARDING MOTION FOR JUDICIAL NOTICE OF RECORD (Doc. 81.) |
| ALAMEIDA, | |
| Defendants. / | |

Eric Johnson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On December 15, 2005, the Court issued Findings and Recommendations regarding Plaintiff's Motion for Preliminary Injunctive Relief. Plaintiff filed a Motion for Judicial Notice of the Court record on December 28, 2005, requesting that the Court inform him as to whether or not his Objection to the Findings and Recommendations were received by the Court. According to the Court docket, the Objections were filed with the Court on January 9, 2006. The Court wishes to inform Plaintiff that filing a Motion requesting judicial notice of the record solely to have the Court issue an Order informing Plaintiff as to the status of his pleading submissions is

1

improper and a waste of judicial resources.  Should Plaintiff wish to be informed as to whether the Court has received his pleadings he may check the docket through the Court website or he may submit an extra copy (or page one only) of the submitted pleading along with a self addressed stamped envelope and request that the Court Clerk send you a conformed copy. Inappropriately filed Motions seeking status of filings in the future will be DISREGARDED without comment.

      Accordingly, the Court hereby DISREGARDS the Motion for Judicial Notice.

IT IS SO ORDERED.

**Dated:   January 11, 2006**             **/s/ Lawrence J. O'Neill**
b9ed48             UNITED STATES MAGISTRATE JUDGE