UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JOHNSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EDWARD ALAMEIDA,<br><br>　　　　　Defendant.<br>_____/ | 1:03-cv-05369-OWW-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 80)<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** (Doc. 62) |

　　　Plaintiff, Eric Johnson ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On December 15, 2005, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within thirty (30) days.  On January 9, 2006, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

1 | In accordance with the provisions of 28 U.S.C.
2 | § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 | de novo review of this case.  Having carefully reviewed the
4 | entire file, the Court finds the Findings and Recommendation to
5 | be supported by the record and by proper analysis.
6 |     Accordingly, IT IS HEREBY ORDERED that:
7 |     1.  The Findings and Recommendation, filed December 15,
8 | 2005, are ADOPTED IN FULL; and,
9 |     2.  Plaintiff's motion for preliminary injunctive relief,
10 | filed September 12, 2005, is DENIED.
11 | IT IS SO ORDERED.
12 | **Dated:   February 17, 2006**         /s/ Oliver W. Wanger
   | emm0d6                                 UNITED STATES DISTRICT JUDGE