UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF



| ERIC JOHNSON; et al., | No.  06-16414 |
|---|---|
| Plaintiffs - Appellants, | D.C. No.  CV-03-05369-OWW/LJO |
| v. | |
| GRAY DAVIS, Governor; et al., | ORDER |
| Defendants - Appellees. | |



This appeal has been taken in good faith  [  ]

This appeal is not taken in good faith    [X]

Explanation: _No issue debateable among jurists of reason raised by person's classification scheme._

_____
Judge
United States District Court

Date:  9-26-06